IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE E. JOHNSON                                                                                    PLAINTIFF

VS.                                          4:14-CV-000362-BRW

UPS                                                                                                          DEFENDANT

## ORDER

Pending is Defendant's Motion to Dismiss for Lack of Prosecution and for Attorney's Fees and Costs (Doc. No. 26) based on Plaintiff's failure to appear at a March 27, 2015 deposition. Plaintiff has not responded and the time for doing so has passed.

For good cause shown, the Motion is GRANTED and this case is DISMISSED for failure to prosecute.

IT IS SO ORDERED this 21st day of May, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE